**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Indianapolis Fruit Company, Inc. | FILED: MAY 1, 2008 |
| v. | 08cv2486 J. N. |
| | JUDGE ANDERSEN |
| Midwest Gourmet Foods, Inc., et al. | MAG. JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Indianapolis Fruit Company, Inc.

| |
|---|
| NAME (Type or print) |
| David A. Adelman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David A. Adelman |
| FIRM |
| Adelman Law Offices, P.C. |
| STREET ADDRESS |
| 1901 N. Roselle Rd., Ste. 800 |
| CITY/STATE/ZIP |
| Schaumburg, IL 60195 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209401 | 847/301-4341 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐