## United States District Court for the Northern District of Illinois

Case Number: 08CV2486               Assigned/Issued By: J. N.

Judge Name: ANDERSEN               Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                              Receipt #: 2741439

Date Payment Rec'd: 5-1-08                    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                   [ ] Alias Summons

[ ] Third Party Summons                       [ ] Lis Pendens

[ ] Non Wage Garnishment Summons              [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons        _____
                                              _____
                                              (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

5 Original and 0 copies on 5-1-08 as to MIDWEST GOURMET FOODS,
                          (Date)
LLC; VULPES LLC; CARY ATTAR; KEITH MONTAGUE; WILLIAM BOLTON
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05