AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Indianapolis Fruit Company, Inc.,

V.

Midwest Gourmet Foods, LLC, Vulpes, LLC, and Cary Attar, Keith Montague and William Bolton, individually,

CASE NUMBER: **08CV2486**

ASSIGNED JUDGE: **JUDGE ANDERSEN**

DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

Vulpes, LLC
Anthony R. Licata, registered agent
111 E. Wacker Dr., #2800
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart, Esq.
Adelman Law Offices, P.C.
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
847/301-4341

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 1, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5 May 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Schaefer | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 111 East Wacker 2800 Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 24 | 2000 | 8800 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/May/2008       [signature]
              Date            Signature of Server

3 Golf Center #346
Hoffman Est IL 60169
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 5/1/08     CASE NUMBER 08CV2486     TYPE OF SERVICE Summons
                         COURT US Dist                          Complaint
PLAINTIFF                HEARING DATE
Indianapolis Fruit Co    NAME Anthony R. Licata
VS.
DEFENDANT                SERVICE ADDRESS                ATTORNEY OR FIRM
Midwest Gourmet          111 East Wacker                Adelman Law Office
Foods Etal               Chicago                        ADDRESS
                         UNIT 2800 DATE 5/5/08 TIME 11:10 am    1901 N Roselle Rd
                         COUNTY OF Cook ILLINOIS                Schaumburg ILLINOIS

X   **INDIVIDUAL SERVICE:** BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ **SUBSTITUE SERVICE:** BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. _____ OR TO _____ SPOUSE OF DEFENDANT AT _____ OR TO _____ MANAGER OF DEFENDANT BUSINESS _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____.

___ **CORPORATE SERVICE:** BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____ OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

___ **NO SERVICE:** FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male White 6F 250lbs Gray Black Hair Early 60s
Also 5/2/08

SIGNED AND SWORN TO (OR AFFIRMED) BY:                MILEAGE  24
_____                       TOLLS    40
                                                      COST     20 00 parking
BEFORE ME, THIS ___ DAY OF ___                        FEE FOR SERVICE 8000
NOTARY PUBLIC

                                                      Under penalties as provided by law pursuant to
                                                      735ILCS 5/1-109 of the Illinois code of civil
                                                      Procedure, the under signed certifies that all
            SEAL                                      Documents were served as set forth above
                                                      BY: _____

3 Golf Center #346 Hoffman Estates Illinois, 60169
Ph(312)-685-8150   Fax (847)-310-9257