AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Indianapolis Fruit Company, Inc.,

CASE NUMBER:

V.

ASSIGNED JUDGE: **08CV2486 JUDGE ANDERSEN**

Midwest Gourmet Foods, LLC, Vulpes, LLC, and Cary Attar, Keith Montague and William Bolton, individually,

DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

William Bolton
2707 W. Augusta Blvd.
Chicago, IL 60622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart, Esq.
Adelman Law Offices, P.C.
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
847/301-4341

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

May 1, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/12/08 |
| NAME OF SERVER (PRINT) Michael Schaefer | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1450 S Prairie, Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 114 | | 136.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/12/08

Signature of Server

Address of Server: 3 [illegible] Center, [illegible]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
### ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 5/1/08   CASE NUMBER 08CV2486   TYPE OF SERVICE Summons Complaint
COURT US Dist Ct
PLAINTIFF Indianapolis Fruit Co Inc   HEARING DATE
VS.   NAME William Bolton
DEFENDANT Midwest Gourmet Foods Et al
SERVICE ADDRESS 1450 S Panure Chicago
UNIT ___ DATE 5/12/08 TIME 1111 am
COUNTY OF Cook ILLINOIS
ATTORNEY OR FIRM Adelman Law Office
ADDRESS 1901 N Roselle Rd Schaumburg ILLINOIS

X INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAINTIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. AT _____ OR TO _____ SPOUSE OF DEFENDANT BUSINESS _____ OR TO _____ MANAGER OF DEFENDANT _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____.

___ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____ OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male White 5'10 180lbs Gray hair Early 60's
Also 2707 W Augusta Blvd Chicago 5/2/08 5/3/08 5/5/08 5/2/08

SIGNED AND SWORN TO (OR AFFIRMED) BY:

BEFORE ME, THIS ___ DAY OF ___
NOTARY PUBLIC

SEAL

MILEAGE 114
TOLLS
COST
FEE FOR SERVICE 156 00

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: _____

3 Golf Center #346 Hoffman Estates Illinois, 60169
Ph(312)-685-8150   Fax (847)-310-9257