# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 C 2486

Indianapolic Fruit Co., Inc. v. Midwest Gourmen Food, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Midwest Gourmet Foods, LLC f/k/a Fox & Obel Food Market

| | |
|---|---|
| NAME (Type or print)<br>Paul A. Greenberg, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul A. Greenberg | |
| FIRM<br>Aronberg Goldgehn Davis & Garmisa | |
| STREET ADDRESS<br>330 N. Wabash Avenue, Suite 1700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243021 | TELEPHONE NUMBER<br>312/828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |