IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Indianapolis Fruit Co., Inc., an Indiana corporation,<br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>Midwest Gourmet Food, LLC, f/k/a<br>Fox & Obel Food Market, Vulpes LLC<br>d/b/a Fox & Obel Food Market, Cary<br>Attar, Keith Montague, & William Bolton,<br>a Delaware limited liability company,<br><br>　　　　Defendants. | No. 08 C 2486 |

**Motion for an Agreed Order Extending the Time
for Defendants to Answer or Otherwise Plead to the Complaint**

Defendant, Midwest Gourmet Food, LLC, by and through its attorney, Paul A. Greenberg of the law firm of Aronberg Goldgehn Davis & Garmisa, moves this Honorable Court for a twenty-one day extension, through and including June 17, 2008, to answer or otherwise plead to the Complaint of Plaintiff, Indianapolis Fruit Company. In support thereof, Defendant states as follows:

　　1.　　Plaintiff has brought suit against the Defendants pursuant to the Perishable Agriculture Commodities Act, 7 U.S.C. § 499e(c) ("PACA"). The Complaint seeks damages in the amount of $24,425.62, plus interest and collection costs, including attorney's fees.

　　2.　　Defendant was served with process on May 5, 2008.

　　3.　　Defendants are currently gathering the documents necessary for them to evaluate the case and prepare an answer or appropriate motion. This

process has been complicated by the fact that Defendant, Vulpes, LLC, recently acquired certain assets of Defendant, Midwest Gourmet Foods, LLC.

4. For the foregoing reasons, and given the amount of money in controversy, Defendant's counsel sought the agreement of Plaintiff's counsel, Gretchen Wehrenberg Stewart, to a twenty-one day extension of time for the Defendants to answer or otherwise plead. Ms. Stewart agreed to the request.

5. Accordingly, Defendant respectfully requests that this Honorable Court enter an order extending the time within which Defendant may have to prepare and file its answer or other responsive pleading.

WHEREFORE, Defendant, Midwest Gourmet Foods, LLC, respectfully requests that this Honorable Court enter an order extending the time for Defendants to answer or otherwise plead to the Complaint for a period of twenty-one days, through and including June 17, 2008, and granting Defendant any other and further relief as it deems just and equitable.

Midwest Gourmet Foods, LLC

By: __/s/ Paul A. Greenberg__
One of Its Attorneys

Paul A. Greenberg
ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Ave. – Suite 3000
Chicago, Illinois  60611
312-828-9600