IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Indianapolis Fruit Co., Inc., an Indiana corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 2486 |
| vs. | ) ) ) ) | |
| Midwest Gourmet Food, LLC, f/k/a Fox & Obel Food Market, Vulpes LLC d/b/a Fox & Obel Food Market, Cary Attar, Keith Montague, & William Bolton, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   David Alan Adelman, Esq.
      Gretchen Wehrenberg Stewart, Esq.
      Adelman Law Offices PC
      1901 N. Roselle Road, Suite 800
      Schaumburg, IL 60195

PLEASE TAKE NOTICE that on **June 5, 2008** at **9:00a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen or any judge sitting in his stead, in the courtroom usually occupied by him, in Room 1403 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's **Motion for an Agreed Order Extending the Time for Defendants to Answer or Otherwise Plead to the Complaint.**

MIDWEST GOURMET FOODS, LLC

By: s/ Paul A. Greenberg
   One of their attorneys

Paul A. Greenberg
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 1700
Chicago, Illinois 60611
312/828-9600

## CERTIFICATE OF SERVICE

      Paul A. Greenberg, an attorney, on oath states that he caused copies of the foregoing Motion to be served upon all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9.

s/ Paul A. Greengerg

472712.v1