AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Indianapolis Fruit Company, Inc.,

V.

Midwest Gourmet Foods, LLC, Vulpes, LLC, and Cary Attar, Keith Montague and William Bolton, individually,

CASE NUMBER:

ASSIGNED JUDGE: 08CV2486
JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE KEYS

TO: (Name and address of Defendant)

Keith Montague
401 E. Illinois St.
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart, Esq.
Adelman Law Offices, P.C.
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
847/301-4341

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 1, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _22 May 2008_ |
| NAME OF SERVER (PRINT) _Michael Schaefer_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _30 Lakeside Place_
_Highland Park FL_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL _12_ | SERVICES | TOTAL _28.00_ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _22 May 2008_   _[signature]_
               Date              Signature of Server

_3 Golf Center #306_
_Hoffman Est IL 60169_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED  5/22/08

CASE NUMBER  08CV2486
COURT  US Dist
HEARING DATE _____
NAME  Keith Montague
SERVICE ADDRESS  30 Lakeside Place
Highland Park
UNIT ____ DATE 5/22/08  TIME 7:22pm
COUNTY OF  Lake  ILLINOIS

TYPE OF SERVICE  Summons
Complaint

PLAINTIFF  Indianapolis Fruit Company
VS.
DEFENDANT  Keith Montague et al

ATTORNEY OR FIRM  Adelman Law Office
ADDRESS  1901 N Roselle
Schaumburg  ILLINOIS

X  INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

___ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT. _____ OR TO _____ SPOUSE OF DEFENDANT AT _____ OR TO _____ MANAGER OF DEFENDANT BUSINESS _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS. IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____.

___ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____ OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male white 6ft 150 Brown Hair Early 40s

SIGNED AND SWORN TO (OR AFFIRMED) BY: _____

BEFORE ME, THIS ____ DAY OF _____
NOTARY PUBLIC

SEAL

MILEAGE  12
TOLLS ____
COST ____
FEE FOR SERVICE  75.00

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: _____

3 Golf Center #346  Hoffman Estates Illinois, 60169
Ph(312)-685-8150   Fax (847)-310-9257