UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Indianapolis Fruit Company, Inc.
                              Plaintiff,

v.                                         Case No.: 1:08−cv−02486
                                         Honorable Wayne R. Andersen

Midwest Gourmet Foods, LLC, et al.
                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                                                      /s/ Wayne R. Andersen

                                                                   United States District Judge