**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY, INC. an Indiana corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>MIDWEST GOURMET FOODS, LLC, formerly d/b/a FOX & OBEL FOOD MARKET, VULPES LLC, currently d/b/a FOX & OBEL FOOD MARKET, and CARY ATTAR, KEITH MONTAGUE and WILLIAM BOLTON, individually<br><br>       Defendants. | )<br>)<br>)<br>) Case No. 08 C 2486<br>)<br>) Judge Andersen<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

  Plaintiff Indianapolis Fruit Company, Inc., pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(i), voluntarily dismisses with prejudice all claims against Midwest Gourmet Foods, LLC formerly d/b/a Fox & Obel Market, Vulpes LLC currently d/b/a Fox & Obel market, and Cary Attar, Keith Montague and William Bolton individually, pursuant to settlement between the parties.

              Respectfully Submitted,

              INDIANAPOLIS FRUIT COMPANY, INC.

              By: s/Gretchen Wehrenberg Stewart
                 One of Its Attorneys

              David A. Adelman, Esq.
              Gretchen Wehrenberg Stewart, Esq.
              ADELMAN LAW OFFICES, P.C.
              1901 N. Roselle Road, Suite 800
              Schaumburg, IL 60195
              Tel: 847/301-4341
              Fax: 847/301-4342
              adelmand@pacaenforcer.com
              stewart@pacaenforcer.com