## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY, INC. an Indiana corporation, </br> Plaintiff, </br> v. </br> MIDWEST GOURMET FOODS, LLC, formerly d/b/a FOX & OBEL FOOD MARKET, VULPES LLC, currently d/b/a FOX & OBEL FOOD MARKET, and CARY ATTAR, KEITH MONTAGUE and WILLIAM BOLTON, individually </br> Defendants. | Case No. 08 C 2486 </br></br> Judge Andersen </br></br> Magistrate Judge Keys |

### NOTICE OF FILING

To:  William Bolton                          Cary Attar
     1450 S. Prairie Ave.                    6607 Lake Woodlands Dr., Apt. 511
     Chicago, IL  60605                      Spring, Texas 77382

     Vulpes, LLC                             Keith Montague
     1450 S. Prairie Ave.                    30 Lakeside Pl.
     Chicago, IL  60605                      Highland Park, IL 60035

Please take notice that on July 10, 2008, I filed with the Clerk of the Court for the Northern District of Illinois, this **Notice of Filing** and attached **Notice of Dismissal**

Respectfully Submitted,

INDIANAPOLIS FRUIT COMPANY, INC.

By: s/Gretchen Wehrenberg Stewart
    One of Its Attorneys

Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
1901 N. Roselle Road, Suite 800
Schaumburg, IL 60195
Tel: 847/301-4341
Fax: 847/301-4342
stewart@pacaenforcer.com

CERTIFICATE OF SERVICE

      Copies of the foregoing Notice and attached pleading were filed electronically this 10th day of July, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Additionally, copies of this Notice and attached pleading were sent via U.S. mail to the parties and at the addressed listed above.

                                        s/ Gretchen Wehrenberg Stewart
                                          Gretchen Wehrenberg Stewart